UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-144 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| PAUL ANTHONY KNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Paul Anthony Knight's Motion to Extend Motion Cut-Off Deadline [Doc. 15], timely filed on September 12, 2007.

Counsel for Mr. Knight, Jonathan Moffatt, states that this indictment alleges three distinct criminal acts and more time is necessary to complete a factual investigation of these acts. Attorney Moffatt also states that on September 11, 2007, he received a lengthy audio recording of an interview of Mr. Knight which will require time to review and assess the need for any related pretrial motions.

The government does not oppose Mr. Knight's request.

The Court finds that good cause has been shown to extend the motion deadline. Counsel for Mr. Knight needs additional time to complete a review of the discovery materials and conduct a factual investigation before assessing the need for any pretrial motions, despite the exercise of due diligence. Accordingly, Mr. Knight's Motion to Extend Motion Cut-Off Deadline **[Doc. 15]** is **GRANTED**. Additional pretrial motions for Defendant Knight will be filed by September 26, 2007,

as requested. If such additional motions are filed, the Court will conduct a status conference at the date and time previously established for the initial appearance and arraignment of Samantha Pack, the co-defendant in this case, at **September 27, 2007, at 2:00 p.m.** At that time, the United States should inform the Court of the length of time necessary for filing responses.

The Court observes that the disposition of pretrial motions and the timing of Ms Pack's initial appearance before the Court may necessitate continuance of the current October 22, 2007, trial date. Accordingly, if a motion is made to continue the trial date in this case, the Court will take up that matter at the September 27, 2007, at 2:00 p.m. status conference.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge